# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RISIE HOWARD, as Personal Representative**
**Of the Estate of Mrs. George Howard, Jr.**                                **PLAINTIFF**

V.                                          4:22CV00995 JM

**HORMEL FOODS CORPORATION**
**Jim Snee, Chairman of the Board**                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 2nd day of February, 2024.

_____
James M. Moody Jr
United States District